IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.                                         CRIMINAL NO. 1:24-cr-00104-LG-RPM

DARRIAN DONTAE COOKS

MOTION TO UNSEAL INDICTMENT AND CASE

COMES NOW the United States of America, through its undersigned Assistant United States Attorney, and hereby files its motion to unseal the Indictment and this case.

WHEREFORE, the United States requests that the Court unseal the Indictment and this case.

Date:  August 29, 2024                    Respectfully submitted,

                                          TODD W. GEE
                                          United States Attorney

                              By:         /s/ Hunter McCreight
                                          Hunter McCreight
                                          Assistant United States Attorney
                                          GA Bar No. 728770
                                          1575 20th Avenue
                                          Gulfport, MS 39501
                                          Phone: (228)563-1560
                                          Hunter.McCreight@usdoj.gov