IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                          CRIMINAL NO. 1:24-cr-00104-LG-RPM

DARRIAN DONTAE COOKS

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes Todd W. Gee, United States Attorney, in and for the Southern District of Mississippi, and respectfully represents:

That, DARRIAN DONTAE COOKS, MDOC # 240528, is presently in custody of the Warden of Mississippi Department of Corrections (South Mississippi County Jail), Pascagoula, Mississippi, and is a defendant in this cause, and said defendant's presence is required in the Southern District of Mississippi at Gulfport, Mississippi, on October 3, 2024, at 9:30 a.m., for certain proceedings in regard to the above-mentioned criminal action wherein this person is a defendant.

WHEREFORE, premises considered, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue directing the Warden of Mississippi Department of Corrections (South Mississippi County Jail), Pascagoula, Mississippi, to deliver the body of, DARRIAN DONTAE COOKS, MDOC # 240528, to any United States Marshal, or his deputy or any authorized law enforcement officer, and have said defendant there on October 3, 2024, at 9:30 a.m., for certain proceedings and thereafter at such times and places as required by the Court until the case is disposed of, and thereafter any United States Marshal, or his deputy or any authorized law enforcement officer, shall return the defendant to the Warden aforesaid under safe and secure conduct.

And your petitioner further prays for such other and further orders as may be necessary in the premises.

Date: <u>September 10, 2024</u>　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　TODD W. GEE
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:　　<u>*s/ Hunter McCreight*</u>
　　　　　　　　　　　　　　　　　　　　Hunter McCreight
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　GA Bar No. 728770
　　　　　　　　　　　　　　　　　　　　1575 20th Avenue, 2nd Floor
　　　　　　　　　　　　　　　　　　　　Gulfport, MS 39501
　　　　　　　　　　　　　　　　　　　　Telephone No.: (228) 563-1560
　　　　　　　　　　　　　　　　　　　　Facsimile No.: (228) 563-1571
　　　　　　　　　　　　　　　　　　　　Email: Hunter.McCreight@usdoj.gov