# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

### BEFORE THE HONORABLE BRADLEY W. RATH

### INITIAL APPEARANCE/ARRAIGNMENT

| | | | |
|---|---|---|---|
| Case Number: | 1:24-cr-00104-LG-RPM | UNITED STATES vs. Cooks | |
| Hearing Date: | 10/3/2024 | Time In and Out: | 9:31 am to 9:45 am |
| Clerk: | AB | Courtroom: | 683 |
| Defendant: | Darrian Dontae Cooks | Defendant's Counsel: | Sam Newman |
| AUSA: | Lee Smith | Pretrial/Probation: | Sandra Doll |
| Interpreter: | N/A | DUSMs: | BJ Nix/Bill Markopoulos |
| CSO: | Tom Bishop | | |

**PROCEEDINGS**

- ☒ Defendant sworn
- ☒ First Appearance by Defendant
- ☒ Defendant received a copy of charging document
- ☒ Defendant waives reading of the Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Discovery Order entered
- ☒ Order Regarding Brady Disclosures acknowledged
- ☒ Trial Date: December 2, 2024 before District Judge Louis Guirola, Jr.

**Custody Status**

- ☒ Government is seeking detention.
- ☒ Defendant remanded to custody of United States Marshal's Service — Detention Order entered.
- ☒ Defendant waived detention hearing.
- ☐ Conditions

**Other**

- ☐