IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS

| | |
|---|---|
| **STEVEN HOWSE** | **CRIMINAL NO. 1:23cr00134-LG-BWR(1)** |
| **ISAAC QUAYE** | **CRIMINAL NO. 1:23cr00137-LG-BWR(2)** |
| **JOHN LEE PRICE, III** | **CRIMINAL NO. 1:23cr00155-LG-RPM(1)** |
| **GABRIEL JOHNSON** | **CRIMINAL NO. 1:24cr00006-LG-BWR(2)** |
| **TERRY LYNN MCNEAL, JR.** | **CRIMINAL NO. 1:24cr00042-LG-BWR(1)** |
| **MARQUALL CAMERON** | **CRIMINAL NO. 1:24cr00042-LG-BWR(2)** |
| **JEFFREY DASTER TORRES** | **CRIMINAL NO. 1:24cr00043-LG-RPM(1)** |
| **ROBERTO RENTERIA-GUERRERO** | **CRIMINAL NO. 1:24cr00043-LG-RPM(2)** |
| **MARK SYLVESTER** | **CRIMINAL NO. 1:24cr00059-LG-RPM(1)** |
| **MARCELLUS HOLMES** | **CRIMINAL NO. 1:24cr00068-LG-RPM(2)** |
| **DARRIAN DONTE COOKS** | **CRIMINAL NO. 1:24cr00104-LG-RPM(1)** |
| **JOSE ALEJANDRO SARMIENTO-GONZALEZ** | **CRIMINAL NO. 1:24cr00126-LG-BWR(1)** |
| **ELIN OVALI FLORES-ACOSTA** | **CRIMINAL NO. 1:24cr00129-LG-RPM(1)** |

## ORDER SETTING PRETRIAL CONFERENCE

The above Southern Division cases out of this District, are set for **TRIAL** to be heard during a **three-week criminal trial calendar** beginning **Monday, December 2, 2024,** Judge Louis Guirola, Jr., presiding.

The Docket for Pretrial Conferences will be called on **Tuesday, November 19, 2024 at 1:30 p.m., in COURTROOM 606, U.S. Courthouse, Gulfport, MS.**  At that time, the Court will conduct pretrial conferences pursuant to Rule 17.1 of the Federal Rules of Criminal Procedure.  **A date certain will be selected during the Pretrial Conference for the trial to commence.**  The parties should have their calendars available and be prepared to discuss available dates for a firm trial setting.

Defendants and their counsel are required to be present <u>unless</u> they have, for good cause, been excused by the Court.  **FAILURE TO DO SO WILL RESULT IN SANCTIONS BEING IMPOSED BY THE COURT.**  If a defendant has elected to enter a guilty plea and a plea date has been arranged with the Court prior to the pretrial

conference date, that defendant and counsel may be excused from attending the pretrial conference.

**\*\* PLEASE NOTE: THE PARTIES MUST BE PREPARED TO MOVE FORWARD WITH ANY PENDING MOTIONS AT THE PRETRIAL CONFERENCE.\*\***

Proposed **JURY INSTRUCTIONS** are to be submitted to the Court via email to guirola_chambers@mssd.uscourts.gov, in Word format, with a copy to opposing counsel, six (6) days prior to the date for which trial is set. These Instructions must be numbered, separated, bear the style and number of the case, and list authorities in support thereof at the bottom of each instruction.

**EXHIBIT LISTS and WITNESS LISTS:** Exhibit and Witness Lists must be submitted to the Court in Word format via email to guirola_chambers@mssd.uscourts.gov, with copies to opposing counsel, six (6) days prior to beginning of trial. An example of the Exhibit List and Witness List are attached below.

**MARKING EXHIBITS:** Premark the front of the exhibits with a colored exhibit sticker at the bottom of the exhibit. If doing so would cover important information on the exhibit, place the sticker in another location.

**STIPULATED EXHIBITS:** The parties are to determine which exhibits are stipulated exhibits and provide the courtroom deputy with a list of the exhibits on morning of trial. The courtroom deputy will mark the stipulated exhibits as admitted. The Court will announce on the record the stipulated exhibit numbers the morning of trial.

**NUMBERING EXHIBITS:** Label stickers G-1, G-2, etc. for Government and D-1, D-2, etc. for Defendant, or use additional distinguishing letters if there are multiple Defendants. For example, in a case of multiple defendants, Smith, Jones and Walker who have separate exhibits, the distinguishing D(1)-1, D(2)-1, and D(3)-1, respectively.

Joint exhibits will be numbered J-1, J-2, etc., and a SEPARATE Joint Exhibit List must be provided to the courtroom deputy clerk, along with the standard copies.

If you have a composite exhibit, for example G-1a through G-1c, list each one on a separate line on your exhibit list, so that the courtroom deputy clerk can mark each as it is admitted as evidence or for identification.

You will give the courtroom deputy the original exhibits which will be marked and admitted during trial. The best practice for the exhibits is to place them in individual folders and for those exhibits with multiple pages, staple or otherwise affix

by other means such as a binder clip. Also, best practice is to number each page for referencing during trial.

The Judge's copy of the exhibits can be placed in a binder. The copy for the Court Reporter can be placed in a binder and can be black and white.

**ACCOUNTING FOR EXHIBITS:** The courtroom deputy clerk must account for all numbers, whether used or not. If an exhibit is withdrawn or not offered, the courtroom deputy will mark on the Exhibit List that the exhibit was WITHDRAWN or NOT OFFERED. Do no duplicate exhibits. An example of this is G-3 shows as admitted into evidence, but D-6 which is the same as G-3, the entry ADMITTED AS G-3.

**ADVISORY FOR LIMITING PERSONAL INFORMATION IN TRANSCRIPTS:**

The judiciary's privacy policy restricts the publication of certain personal data in documents filed with the court. The policy requires limiting Social Security and financial account numbers to the last four digits, using only initials for the names of minor children, and limiting dates of birth to the year. [For criminal cases, also limit home addresses to city and state.] However, if such information is elicited during testimony or other court proceedings, it will become available to the public when the official transcript is filed at the courthouse unless, and until, it is redacted. The better practice is for trial lawyers to avoid introducing this information into the record in trial. Please take this restriction into account when questioning witnesses or making other statements in court. If a restricted item is mentioned in court, the attorney may ask to have it stricken from the record or partially redacted to conform to the privacy policy, or the court may elect to do so on its own motion.

**As part of the Fifth Circuit's Implementation of the Electronic Record on appeal, the Court will now scan and docket exhibits admitted into evidence at trial <u>and</u> during other evidentiary hearings in civil and criminal cases in which a notice of appeal has been filed. The said exhibits will be available to the public and it is the responsibility of the parties to redact according to the E-government Act of 2002 when presenting exhibits.**

Date: November 1, 2024

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 1:19-cr-#####-LG-XXX(#)

JANE DOE

**GOVERNMENT'S EXHIBIT LIST**

| NO. | DESCRIPTION | SPONSOR | I.D. | EVID. |
| --- | --- | --- | --- | --- |
| G-1 | Give brief description of exhibit | Leave blank Courtroom Deputy to Complete During Trial | Leave blank Courtroom Deputy to Complete During Trial | Leave blank Courtroom Deputy to Complete During Trial |
| G-2 | | | | |
| G-3 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:19-cr-#####-LG-XXX(#)

JANE DOE

**GOVERNMENT'S WITNESS LIST**

**NAME:**                                                                 **Date:**